Eric Palacios, Esq. (NV 7120)
Jose C. Pallares, Esq. (NV 4020)
ERIC PALACIOS & ASSOCIATES, LTD.
2050 South Eastern Avenue
Las Vegas, Nevada
T: (702) 444-7777
F: (702) 693-9888
E: epalacios@ericpalacioslaw.com
   jpallares@ericpalacioslaw.com
*Attorneys for Plaintiff*

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL / RECORD
JUN 10 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHY BETANCOURT,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation d/b/a WAL-MART; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No: 2:24-cv-00644-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR THE SUBSTITUTION OF COUNSEL** |

Pursuant to LR IA 11-6(c), Plaintiff, KATHY BETANCOURT, as evidenced by the signature below, hereby substitute the law firm of BIGHORN LAW as her counsel of record in the place of the law firm of ERIC PALACIOS & ASSOCIATES, LTD. All future notices to the Plaintiff in this matter should be sent to:

KIMBALL JONES, ESQ.
RYAN A. LOOSVELT, ESQ.
BIGHORN LAW
3675 W. Cheyenne Avenue, Suite 100
North Las Vegas, Nevada 89032

. . .

. . .

1

**IT IS SO AGREED AND STIPULATED:**

ERIC PALACIOS & ASSOCIATES, LTD.

By: /s/Eric Palacios (NV Bar #7120)
Eric Palacios, Esq.
Jose C. Pallares, Esq.
*Attorneys for Plaintiff*

BIGHORN LAW

By: /s/ Ryan A. Loosvelt (NV Bar #8550)
Kimball Jones, Esq.
Ryan A. Loosvelt, Esq.
*Newly Appearing Attorney for Plaintiff*

By: [signature]
Kathy Betancourt, Plaintiff

Dated: 06/04/2024

BURGER, MEYER & D'ANGELO, LLP

By: [signature]
Tabetha A. Martinez, Esq.
Alisa A. McAffee, Esq.
*Attorneys for Defendant*

**IT IS SO ORDERED:**

[signature]
UNITED STATES MAGISTRATE JUDGE

DATED: 6/11/2024

2