**Tabetha A. Martinez, Esq. (NV 14237)**
**BURGER, MEYER & D'ANGELO, LLP**
725 S 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing Address:**
**999 Corporate Dr., Suite 225**
**Ladera Ranch, CA 92694**
Telephone:  (949) 427-1888
Facsimile:  (949) 427-1889
Email: tmartinez@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHY BETANCOURT,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation d/b/a WAL-MART; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00644-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 24 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, Plaintiff KATHY BETANCOURT and Defendant WALMART, INC, by and through their respective counsels of record, that, Plaintiff accepted Defendant's Offer to have Judgment taken against it in a certain amount, that Defendant has remitted payment within 21 days thereof, and that therefore the Plaintiffs' claims are hereby dismissed with prejudice, dismissing all claims in the case in their entirety, including as to all DOE and ROE defendants, with each party to bear its, his, or her own attorneys' fees and costs.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS SO STIPULATED.**

DATED: January 28, 2025.

_____
Tabetha A. Martinez, Esq.
Nevada Bar No. 14237
BURGER, MEYER & D'ANGELO, LLP
Attorneys for Defendants

DATED: January 27, 2025.

*/s/ Ryan A. Loosvelt*
Ryan A. Loosvelt, Esq.
Nevada Bar No. 8550
BIGHORN LAW

Attorneys for Plaintiff

### ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2025

Respectfully submitted by:
**BURGER, MEYER & D'ANGELO, LLP**

_____
Tabetha A. Martinez, Esq.
Attorneys for Defendant
WALMART, INC.